FILED
2012 Feb-14  PM 04:11
U.S. DISTRICT COURT
N.D. OF ALABAMA



**EXHIBIT D**

Photographs of the accused SKLZ masks.