FILED
2012 Feb-14  PM 04:11
U.S. DISTRICT COURT
N.D. OF ALABAMA



(Front)



(Rear)

**EXHIBIT E**

Copy of the Header Card that is attached to the accused SKLZ masks.